IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER DANIELS,<br>URBAN BRATZ, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>      v.<br><br>Spencer Gifts, LLC, a Delaware Limited Liability Company, et al.<br><br>    Defendants. | Civil Action No. 10-CV-05345 |

**DEFENDANT SPENCER GIFTS, LLC'S MOTION FOR PARTIAL
SUMMARY JUDGMENT ON THE TRADEMARK CLAIMS**

  Defendants, Spencer Gifts, LLC ("Spencer Gifts"), hereby moves for partial summary judgment pursuant to Local Rule 56.1 and Rule 56 of the Federal Rules of Civil Procedure dismissing with prejudice Plaintiffs' claim for trademark infringement on the grounds that Plaintiffs' alleged trademark fails to function as a mark and lacks the requisite secondary meaning to support any claim of infringement. In support of this Motion, Spencer Gifts submits

*(text continued next page)*

the attached Statement of Material Facts, Memorandum of Law, and the Declarations of Nathan Stitt, Jamie Voetsch, John Metzger, Gina Bowman, and Cori Totoro.

Respectfully submitted,

March 30, 2011         By: s/John Gabrielides
**John Gabrielides**
**jtg@brinkshofer.com**
**Jeff Handelman**
**jhandelman@brinkshofer.com**
**Brinks Hofer Gilson & Lione**
**NBC Tower, Suite 3600**
**455 North Cityfront Plaza Drive**
**Chicago, IL 60611-5599**

**Roberta Jacobs-Meadway**
**rjacobsmeadway@eckertseamans.com**
**Maria L. Petrillo**
**mpetrillo@eckertseamans.com**
**Eckert Seamans Cherin & Mellot, LLC**
**Two Liberty Place**
**50 South 16th Street, 22nd Floor**
**Philadelphia, Pennsylvania 19102**

**Attorneys for Defendants**