UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Heather Daniels, et al.
  Plaintiff,

v.   Case No.: 1:10−cv−05345
   Honorable Robert W. Gettleman

Spencer Gifts, LLC, et al.
  Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 15, 2012:

MINUTE entry before Honorable Martin C. Ashman:Motion for sanctions [214] is withdrawn with prejudice without objection. Oral argument set for 3/28/2012 is stricken. Status hearing set for 3/28/2012 at 10:00 AM.Mailed notice(tlp,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.