IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER DANIELS, URBAN BRATZ, LLC, a California Limited Liability Company, | |
| Plaintiffs/Counterclaim Defendants, | Judge Robert W. Gettleman Magistrate Judge Martin C. Ashman |
| v. | Civil Action No. 10-CV-05345 |
| SPENCER GIFTS, LLC a Delaware Limited Liability Company, et al. | |
| Defendants/Counterclaim Plaintiffs | |

**STIPULATED MOTION TO DISMISS**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties to this litigation, by their undersigned counsel, hereby stipulate and agree that this case, including all claims and counterclaims asserted therein, shall be dismissed with prejudice, with each party to bear its own costs and attorney fees.

So stipulated:

Dated: March 16, 2012
/s/ Ronald L. Bell
Ronald L. Bell
RONALD L. BELL & ASSOCIATES P.C.
125 Barclay Blvd. Suite 100
Buffalo Grove, IL 60089
(847) 495-6000

Attorney for Plaintiffs Heather Daniels and Urban Bratz, LLC.

2

| | |
|---|---|
| Dated: March 15, 2012 | /s/ Roberta Jacobs-Meadway |

                                                              Roberta Jacobs-Meadway
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, Pennsylvania 19102

Attorneys for Defendants Spencer Gifts LLC, Spencer Gifts Holding, LLC, Spencer Gifts Online LLC, Tee Shirt Central, Inc.,