# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HEATHER DANIELS, ) <br> URBAN BRATZ, LLC, A CALIFORNIA ) <br> Limited Liability Company ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Spencer Gifts, LLC, a Delaware Limited ) <br> Liability Company, et. al. ) <br> ) <br> Defendants. ) | No. 10-CV-05345 <br><br> Hon. Robert W. Gettleman <br><br> Mag. Judge Martin C. Ashman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, March 27, 2012 at 9:15 a.m., or as soon thereafter as counsel may be heard, Plaintiffs, Heather Daniels and Urban Bratz, LLC, by its attorneys, shall appear before the Honorable Robert W. Gettleman in Room 1703 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the Stipulated Motion to Dismiss, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

By: /s/ Ronald L. Bell_____
Ronald L. Bell

Ronald L. Bell & Associates P.C.
Attorney for Plaintiffs
125 Barclay Blvd.  Suite 100
Buffalo Grove, IL.  60089
(847) 495-6000
Atty. Code:  03126822