AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OF DETERMINATION OF AN ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action appeal has been filed on the following copyright(s):

| [ X ] ACTION    [ ] APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>Northern District of Illinois<br>219 South Dearborn Street, 20th Floor<br>Chicago, Illinois 60604 |
|---|---|
| **DOCKET NO.**<br>10 C 5345 | **DATE FILED**<br>8/24/10 |

| PLAINTIFF:<br>Heather Daniels<br>Urban Bratz, LLC, A California Limited liability Company | DEFENDANT:<br>Spencer Gifts, LLC, a Delaware Limited Liability Company: Spencer Gifts, LLC dba Dappy and Glow Store, Spencer Gifts Holding LLC a Delaware Limited Liability Company, Spencer Gifts Online LLC, a Delaware Limited Liability Company |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1) VA 1-698-384 | Sorry Boys, my daddy says I can't date 'till I'm 30. | Heather Ann Daniels |
| 2) | | |
| 3) | | |
| 4) | | |
| 5) | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| | | |

In the above-entitled case, a final decision was reached on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court attached.

| COPY ATTACHED<br>[x] Other    [ ] Judgment | WRITTEN OPINION<br>ATTACHED [ ] Yes [ ] No | DATE RENDERED<br>3/22/12 |
|---|---|---|
| **CLERK**<br>Thomas G. Bruton | **(BY) DEPUTY CLERK**<br>/s/ Sheila Moore | **DATE**<br>5/14/12 |